IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for
Peoples First Community Bank,

      Plaintiff,

v.                                   CASE NO. 5:12-cv-00398-RS -GRJ

GREG M. BRUDNICKI, JOSEPH
F. CHAPMAN, III, HENRY CLAYTON
FUTRELL, PHILIP W. GRIFFITTS,
JOHN ROBERT MIDDLEMAS, JR.,
RODNEY C. MORRIS, RAYMOND
E. POWELL, and JOHN STEPHEN
WILSON, II,

      Defendants.

_____/

## O R D E R

Pending before the Court are Plaintiff's Motion For Entry of Protective Order Relating to Confidentiality And Non-Disclosure (Doc. 13) and Defendants' Motion to Compel Production of Documents, Strike Or Overrule Objections, And For Sanctions. (Doc. 15.)  Defendants have filed a memorandum in opposition to the motion for protective order (Doc. 14) but Plaintiff has not had an opportunity to file a response to Defendants' motion to compel.  Both motions relate to issues concerning the progress of documentary discovery. The FDIC, as receiver, has conditioned the production of documents upon the entry of an appropriate protective order. While the parties disagree as to the scope and content of a protective order the parties agree that the entry of some form of protective order is appropriate. As such, resolution of the scope and content of a protective order is tied to the production of documents.

The Court has reviewed the motions and concludes that the most expeditious method of addressing the motions is through a telephonic hearing.

Accordingly, a **telephonic** hearing to address the above referenced motions is scheduled before Magistrate Judge Gary R. Jones on **Tuesday, June 11, 2013 at 10:00 AM** (EDST).[1] Counsel for Plaintiff shall initiate the conference call through the use of a conference call operator and when all counsel are on line and ready to proceed the undersigned should be contacted at (352) 380-2764.[2]

**DONE AND ORDERED** this 28th day of May 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

---

[1] Although the motion for protective order is ripe – and therefore a hearing before June 11 could be scheduled – the Court has scheduled the hearing for June 11, 2013 so that Plaintiff will have an opportunity to file a response to the motion to compel before the hearing. Additionally, with regard to the motion to compel the Plaintiff has included in its response as exhibit "A" a "Protocol Regarding Electronically Stored Information." To the extent that the parties have not discussed the ESI protocol the parties are directed to do so before the hearing in an attempt to narrow and focus any specific objections the Defendants may have to Plaintiff's proposed ESI protocol.

[2] The quality of the audioconference is compromised by the use of cell phones or speaker phones and counsel are requested not to use those devices during the call.

*Case No: 5:12-cv-398-RS -GRJ*