IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for
Peoples First Community Bank,

    Plaintiff,

vs.                              CASE NO.:  5:12-cv-00398-RS-GRJ

GREG M. BRUDNICKI,
JOSEPH F. CHAPMAN, III,
HENRY CLAYTON FUTRELL,
PHILIP W. GRIFFITTS,
JOHN ROBERT MIDDLEMAS, JR.,
RODNEY C. MORRIS,
RAYMOND E. POWELL, and
JOHN STEPHEN WILSON, II,

    Defendants.
_____/

**UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER
GOVERNING DOCUMENTS PRODUCED BY HANCOCK BANK**

Defendants, Greg M. Brudnicki, Joseph F. Chapman, III, Harry Clayton Futrell, Philip W. Griffitts, John Robert Middlemas, Rodney C. Morris, Raymond E. Powell, and John Stephen Wilson, II ("Defendants") move this Court for entry of an order adopting the terms of the Confidentiality and Non-Disclosure Order (Doc. 25) to govern the production of documents by third-party subpoena recipient Hancock Bank. In support of this motion, Defendants state:

    1.    On May 15, 2013, Defendants served a subpoena on Hancock Bank. On May 30, 2013, Hancock Bank served its response and objections to Defendants' subpoena.

2. On June 14, 2013, the Court entered a Confidentiality and Non-Disclosure Order (Doc. 25) governing the production of documents by the FDIC-R to the Defendants.

3. On June 18, 2013, Defendants and Hancock stipulated and agreed that the Court's Confidentiality and Non-Disclosure Order should also govern production by Hancock to the Defendants.

4. Without waiver of any privileges or objections with respect to the production or use in this litigation of any documents or information provided by Hancock, Plaintiff FDIC-R has no objection to the relief sought by this Motion.

WHEREFORE, the Defendants request that the Court issue an order adopting the terms of this Court's Confidentiality and Non-Disclosure Order (Doc. 25) to govern Hancock Bank's production of documents to Defendants.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)

Pursuant to Local Rule 7.1(B), counsel for Defendants conferred with counsel for Plaintiff and counsel for Hancock Bank in a good faith effort to resolve these issues by agreement, and all parties agree to the relief sought.

Respectfully submitted,

/s/Charles Wachter
Charles Wachter
Florida Bar No. 509418
HOLLAND & KNIGHT, LLP
100 N. Tampa St., Suite 4100
Tampa, Florida  33602-3644
Telephone: (813) 227-8500
Facsimile: (813) 229-0134
charles.wachter@hklaw.com
*Attorneys for Defendants*

## CERTIFICATE OF FILING AND SERVICE

I HEREBY CERTIFY that on this 19th day of June, 2013, this document was electronically filed with the Clerk of this Court by using the CM/ECF system, which will serve a copy on all counsel of record, and that on this 19th day of June, 2013, this document was sent via e-mail to Kirkland E. Reid, Jones Walker LLP, P.O. Box 46, Mobile, Alabama 36601(KReid@joneswalker.com).

    /s/Charles Wachter
    Attorney