IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for
Peoples First Community Bank,

    Plaintiff,

v.                           CASE NO. 5:12-cv-00398-RS -GRJ

GREG M. BRUDNICKI, JOSEPH
F. CHAPMAN, III, HENRY CLAYTON
FUTRELL, PHILIP W. GRIFFITTS,
JOHN ROBERT MIDDLEMAS, JR.,
RODNEY C. MORRIS, RAYMOND
E. POWELL, and JOHN STEPHEN
WILSON, II,

    Defendants.
_____/

## O R D E R

Pending before the Court is Defendants' Unopposed Motion for Entry of Protective Order Governing Documents Produced by Hancock Bank.  (Doc. 26.) Defendants request that the Confidentiality and Non-Disclosure Order (Doc. 25) currently governing the case apply to the production of documents by third-party subpoena recipient Hancock Bank.  Plaintiff does not object to the motion or the application of the protective order to the production of documents by Hancock Bank. The Court has reviewed the motion and finds that the motion is due to be granted.

Accordingly, upon due consideration, it is **ORDERED** that:

Defendants' Unopposed Motion for Entry of Protective Order Governing Documents Produced by Hancock Bank (Doc. 26) is **GRANTED**. The terms of the Court's Confidentiality and Non-Disclosure Order (Doc. 25) are hereby adopted to

govern Hancock Bank's production of documents to Defendants.

**DONE AND ORDERED** this 21st day of June 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge